JAMES CONFORTI, by His Guardian ad Litem, PATRICK CONFORTI, Appellant, et al., Plaintiff, v. CENTRAL SCHOOL DISTRICT NO. 3 OF TOWNS OF LLOYD, MARLBORO, NEW PALTZ AND ESOPUS et al., Defendants, and DIAMOND D. BUS LINES, INC., et al., Respondents.— Appeal from an order of the Supreme Court, made at a Trial Term for Ulster County, which granted a motion made by the defendants-respondents for a physical examination of the infant plaintiff. Appellants urge that defendants-respondents failed to present satisfactory evidence to justify a second physical examination under section 306 of the Civil Practice Act. The infant plaintiff had voluntarily submitted to one examination. We think the moving papers set forth sufficient reasons for a second examination, and moreover the statute expresses no limitation on the number of examinations permitted. The right to permit a second examination has been recognized (*Orlando* v. *Syracuse R. T. Ry. Co.*, 109 App. Div. 356; *Leas* v. *New York & Albany Lighterage Co.*, 119 Misc. 323). Order unanimously affirmed, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

F. ARTHUR HUNSDORFER, Suing for Himself as Stockholder, and All Other Stockholders of WEST SIDE STRUCTURAL CO., INC., Appellant, v. WEST SIDE STRUCTURAL CO. INC. et al., Respondents.— Appeal from an order made by the Supreme Court at Special Term for Rensselaer County which granted respondents' motion to dismiss the complaint herein, and denied appellant's cross motion for leave to serve an amended complaint. The complaint failed to allege that a demand had been made on the board of directors for remedial action, or facts sufficient to justify a conclusion that such a demand would be futile. Dismissal of the complaint was therefore proper on the ground it did not state facts sufficient to constitute a cause of action (*Marco* v. *Sachs*, 269 App. Div. 845, affd. 295 N. Y. 642). We think however the Special Term should have permitted the service of an amended complaint in connection therewith. Order dismissing the complaint modified by permitting the appellant to serve an amended complaint within ten days after the entry of an order herein, and as so modified affirmed, without costs. Appeal from order denying cross motion to amend complaint dismissed, without costs. Foster, P. J., Coon, Halpern and Zeller, JJ., concur.